# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| **VFS US LLC** | * | **CIVIL ACTION NO. 3:15-00004** |
| **Plaintiff,** | * | |
| | * | |
| **vs.** | * | **JUDGE BRADY** |
| | * | |
| **SHREEMAN TRUCKING, L.L.C.,** | * | **MAGISTRATE RIEDLINGER** |
| **JOSEPH SHREEMAN and** | * | |
| **BRITTNY SHREEMAN** | * | |
| | * | |
| **Defendants.** | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* *

## JUDGMENT

Considering the Court's Ruling and Order (Rec. Doc. 12), filed herein,

**IT IS ORDERED, ADJUDGED AND DECREED** that there be judgment in favor of

Plaintiffs, VFS US LLC, and against Defendants Shreeman Trucking, L.L.C., Joseph Shreeman,

and Brittny Shreeman, *in solido*, _at Defendants' Cost_.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that there be judgment

in favor of Plaintiff, VFS US LLC, and against Defendants Shreeman Trucking, L.L.C., Joseph

Shreeman, and Brittny Shreeman, *in solido*, pursuant to the first November 28, 2012 Credit Sales

Contract in the principal sum of $26,749.39, late charges in the amount of $1,065.70, contractual

interest owed on the principal balance at a rate of 16.19% per annum until the date of judgment,

and default interest on the unpaid principal balance at a rate of 18% per annum from the date of

judgment until paid.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that there be judgment

in favor of Plaintiff, VFS US LLC, and against Defendants Shreeman Trucking, L.L.C., Joseph

Shreeman, and Brittny Shreeman, *in solido*, pursuant to the second November 28, 2012 Credit Sales Contract in the principal sum of $45,180.01, late charges in the amount of $698.20, contractual interest owed on the principal balance at a rate of 15.79% per annum until the date of judgment, and default interest on the unpaid principal balance at a rate of 18% per annum from the date of judgment until paid.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that there be judgment in favor of Plaintiff, VFS US LLC, and against Defendants Shreeman Trucking, L.L.C., Joseph Shreeman, and Brittny Shreeman, *in solido*, pursuant to the October 28, 2013 Credit Sales Contract in the principal sum of $118,881.96, late charges in the amount of $1,176.96, contractual interest owed on the principal balance at a rate of 12.49% per annum until the date of judgment, and default interest on the unpaid principal balance at a rate of 18% per annum from the date of judgment until paid.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the security interests of Plaintiff, VFS US LLC, in the following collateral are hereby recognized and maintained:

(1)     2007 Mack CXN613 bearing VIN # 1M1AK06Y07N014327,

(2)     2013 Travis End Dump bearing VIN # 48X1F3033D1008236, and

(3)     2013 Volvo VNL62T-430 bearing VIN # 4V4NC9EH1DN133637.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Defendants shall immediately return to Plaintiff, VFS US LLC, the collateral described as the 2007 Mack CXN613 bearing VIN # 1M1AK06Y07N014327, and that Plaintiff is authorized to sell said collateral at a private sale in partial satisfaction of the amounts owed pursuant to the first November 28, 2012 Credit Sales Contract, reserving unto Plaintiff all other collection rights it

may be entitled under the law in order to execute fully on the judgment rendered herein in favor of Plaintiff, VFS US LLC.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Defendants shall immediately return to Plaintiff, VFS US LLC, the collateral described as the 2013 Travis End Dump bearing VIN # 48X1F3033D1008236, and that Plaintiff is authorized to sell said Collateral at a private sale in partial satisfaction of the amounts owed pursuant to the second November 28, 2012 Credit Sales Contract, reserving unto Plaintiff all other collection rights it may be entitled under the law in order to execute fully on the judgment rendered herein in favor of Plaintiff, VFS US LLC.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Defendants shall immediately return to Plaintiff, VFS US LLC, the collateral described as the 2013 Volvo VNL62T-430 bearing VIN # 4V4NC9EH1DN133637, and that Plaintiff is authorized to sell said collateral at a private sale in partial satisfaction of the amounts owed pursuant to the October 28, 2013 Credit Sales Contract, reserving unto Plaintiff all other collection rights it may be entitled under the law in order to execute fully on the judgment rendered herein in favor of Plaintiff, VFS US LLC.

Baton Rouge, Louisiana, this 2 day of June, May, 2015.

James J. Brady
United States District Judge